# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Julio Cesar Ruiz-Perez<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  2:25-mj-00091<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of April 11, 2025 in the county of Kanawha in the Southern District of West Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 42 U.S.C. § 408(a)(7)(B) | Deceptive use of a Social Security account number |

This criminal complaint is based on these facts:

On or about April 11, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant JULIO CESAR RUIZ-PEREZ, with intent to deceive, falsely represented a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him, for the purpose of obtaining anything of value from any person and for any other purpose, that is, defendant JULIO CESAR RUIZ-PEREZ falsely represented that a Social Security account number was assigned to him for the purpose of obtaining employment.

☐ Continued on the attached sheet.

*Complainant's signature*

Zachary Sedam, Special Agent (HSI)
*Printed name and title*

Sworn to before me by telephone.

Date: April 15, 2025

City and state: Beckley, West Virginia

Omar J. Aboulhosn
United States Magistrate Judge